# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*United States of America v. Christian Peters*
Case No. 1:17-cr-00012-TMB-MMS-1

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER FROM CHAMBERS

This matter comes before the Court on Defendant Christian Peters's Motion for Early Termination of Supervised Release (the "Motion").[1] Neither United States Probation and Pretrial Services ("USPO") nor Plaintiff United States of America (the "Government") opposes the Motion.[2] The matter is ripe for resolution.

Peters moves for early termination of supervision based on his compliance with the conditions of his supervised release and his satisfaction of the major conditions of his sentence.[3] The Government does not oppose the Motion, noting that Peters has done well on supervision.[4] USPO similarly does not oppose the Motion.[5]

18 U.S.C. § 3583(e)(1) allows a court—after consideration of the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised released . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Having reviewed the briefing in this matter, and considering the factors set forth in 18 U.S.C. § 3553(a), the Court agrees with the parties and concludes that early termination of Peters's supervised release is warranted at this time.

Accordingly, the Court **GRANTS** the Motion at Docket 142. FURTHER, it is hereby **ORDERED** that Peters's term of supervised release is terminated effective the date of this Order.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 17, 2023.

---

[1] Dkt. 142 (Motion).
[2] *See id.* at 1; Dkt. 143 (Response).
[3] Dkt. 142 at 1.
[4] Dkt. 143 at 1.
[5] *See* Dkt. 142 at 1.